AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| CHANA ADLER ON BEHALF OF HERSELF AND HER MINOR CHILDREN <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHERYL FEDER IN HER CAPACITY AS THE TRUSTEE OF THE SA 2021 IRREVOCABLE TRUST <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:25-cv-2193(EK)(ST) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cheryl Feder
2 Stewart St
Passaic, New Jersey 07055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Abraham S. Beinhorn, Esq.
LIEBERMAN AND KLESTZICK, LLP
381 Sunrise Hwy, Suite 302
Lynbrook, New York 11563
Tel: (516) 400-1208
Email: abraham@landklegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  4/21/2025

*Laura Jakubowski*

*Signature of Clerk or Deputy Clerk*